# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MITCHELL KEITH GOODRUM,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

2:21-cv-02260-ART-VCF

**ORDER**

Before the Court is plaintiff's motion for leave to file a request to stay the proceedings for 90 days to allow the state to produce plaintiffs evidence box. (ECF NO. 26).

On February 1, 2023, Judge Traum approved a stipulation to stay for 90 days.  (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to file a request to stay the proceedings for 90 days to allow the state to produce plaintiffs evidence box (ECF NO. 26), is DENIED as moot.

DATED this 9th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE